NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of S.R.C., a child. | ) |
| ———————————————— | ) |
| | ) |
| PROSPECTIVE ADOPTIVE PARENTS, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )   Case No. 2D18-1700 |
| | ) |
| T.D., | ) |
| | ) |
| Appellee. | ) |
| ———————————————— | ) |

Opinion filed October 17, 2018.

Appeal from the Circuit Court for Manatee
County; Diana L. Moreland, Judge.

Shannon McLin Carlyle of The Carlyle
Appellate Law Firm, Orlando, for
Appellant.

T.D., pro se.


PER CURIAM.

      Affirmed.


NORTHCUTT, MORRIS, and SALARIO, JJ., Concur.